AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island CA 05 535T

Scott E. Youman, Sr., Individually and as Administrator of the Estates of Paul J. Youman and William P. Youman

V.

United States of America

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

United States of America
United States Attorney
U.S. Department of Justice
District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Claudine A. Cloutier
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/27/05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3-14-06 |
| NAME OF SERVER (PRINT) Edwin J Semper Jr | TITLE Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☒ Other (specify): Served US Attorney (Robert Corrente) office for The United States of America

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 45 | $45 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-14-06
Date

Edwin J Semper Jr
Signature of Server

56 Hunters Run North Providence R.I
Address of Server

U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

2006 MAR 20 A 10:47

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.