UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SCOTT E. YOUMAN, SR., Individually and as Administrator of the Estate of PAULA J. YOUMAN and WILLIAM P. YOUMAN

Plaintiff

v. C.A. NO. 05-535T

UNITED STATES OF AMERICA

Defendant

**STIPULATION**

Plaintiff and defendant United States of America, by and through undersigned counsel, hereby agree that defendant shall have the following additional time within which to respond to plaintiff's Complaint.

Defendant shall have up to and including June 12, 2006, to file an answer or responsive pleading to plaintiff's Complaint.

ATTORNEY FOR PLAINTIFF

KRISTIN E. FERRIS, ESQ.
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780
(508) 822-2000

ATTORNEY FOR DEFENDANT

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 5/23/06