UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SCOTT E. YOUMAN, SR., Individually and as Administrator of the Estate of PAULA J. YOUMAN and WILLIAM P. YOUMAN<br><br>Plaintiff | RECEIVED<br>JUN<br>Property of U.S. District Court<br>District of Rhode Island |
| v. | C.A. NO. 05-535T |
| UNITED STATES OF AMERICA<br><br>Defendant | |

**STIPULATION**

Plaintiff and defendant United States of America, by and through undersigned counsel, hereby agree that defendant shall have the following additional time within which to respond to plaintiff's Complaint.

Defendant shall have up to and including July 12, 2006, to file an answer or responsive pleading to plaintiff's Complaint.

ATTORNEY FOR PLAINTIFF

Kristen E. Ferris

KRISTIN E. FERRIS, ESQ.
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780
(508) 822-2000

ATTORNEY FOR DEFENDANT

Robin E. Feder

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000

ENTER: Ernest C. Torres

Ernest C. Torres
Chief, U.S. District Judge

DATE: 7/5/06