IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT E. YOUMAN, SR., Individually and as Administrator of the Estate of PAULA J. YOUMAN and WILLIAM P. YOUMAN | : | |
| Plaintiff | : | |
| V. | : | C.A. NO. 05-535T |
| UNITED STATES OF AMERICA | : | |
| Defendant | : | |

STIPULATION

Plaintiff and defendant United States of America, by and through undersigned counsel, hereby agree that each shall have the following additional time within which to respond to interrogatories and request for production of documents:

Defendant United States of America shall have to and including November 30, 2006, to respond to interrogatories and request for production of documents propounded by plaintiff.

Plaintiff shall have to and including December 14, 2006, to respond to interrogatories and request for production of documents propounded by defendant United States of America.

ATTORNEY FOR PLAINTIFF

/s/Kristen E. Ferris, Esq.
KRISTEN E. FERRIS, ESQ.
CHARLOTTE E. GLINKA, ESQ.
Keches & Mallen, P.C.
122 Dean Street
Taunton, MA 02780
(508) 822-8000
Email: kferris@keches-mallen.com

ATTORNEY FOR DEFENDANT

/s/Robin E. Feder
ROBIN E. FEDER, #3415
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
Email: robin.feder@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of October, 2006, I caused the within Stipulation to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, has received notice electronically:

KRISTEN E. FERRIS, ESQ.
CHARLOTTE E. GLINKA, ESQ.
Keches & Mallen, P.C.
122 Dean Street
Taunton, MA 02780
email: kferris@keches-mallen.com

/s/ Robin E. Feder
ROBIN E. FEDER, #3415
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017
Email: robin.feder@usdoj.gov