UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT E. YOUMAN, Sr., Individually and as Administrator of the Estates of PAULA J. YOUMAN and WILLIAM P. YOUMAN<br>Plaintiff | ) | |
| v. | ) | C.A. NO. 05-535T |
| UNITED STATES OF AMERICA,<br>Defendant | ) | |

**PLAINTIFF'S MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**
(ASSENTED-TO)

The plaintiff, Scott E. Youman, Sr., hereby respectfully moves that this Court admit, *pro hac vice*, Attorney Charlotte E. Glinka as counsel on behalf of said plaintiff in the above-entitled action. In support of this Motion, Attorney Glinka provides an accompanying Affidavit.

The defendant, United States of America, assents to this Motion.

Respectfully submitted,

The plaintiff, Scott E. Youman, Sr.,
By his Attorneys,

KECHES & MALLEN, P.C.

/s/ Claudine A. Cloutier
CLAUDINE A. CLOUTIER
122 Dean Street
Taunton, MA 02780
(508) 822-2000

Assented to:

The defendant, United States of America,
By its Attorneys,

UNITED STATES ATTORNEY'S OFFICE

/s/ Robin E. Feder
ROBIN E. FEDER
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

DATED: November 2, 2006
Mot-ProHac

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT E. YOUMAN, Sr., Individually and as Administrator of the Estates of PAULA J. YOUMAN and WILLIAM P. YOUMAN<br>Plaintiff | ) | |
| | ) | C.A. NO. 05-535T |
| v. | ) | |
| UNITED STATES OF AMERICA,<br>Defendant | ) | |

**AFFIDAVIT OF CHARLOTTE E. GLINKA**

I, Charlotte E. Glinka, hereby depose and say:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts since 1991.

2. I am a partner with the law firm of Keches & Mallen, P.C. in Taunton, Massachusetts.

3. Keches & Mallen, P.C. represents the plaintiff, Scott E. Youman, Sr., in the within action.

4. I concentrate my practice in the areas of medical malpractice and personal injury litigation.

5. I am in good standing as a member of the Bar in the Commonwealth of Massachusetts.

6. My license to practice law has never been suspended or revoked, nor have I been subject to any disciplinary proceedings by the courts or by the Board of Bar Overseers.

7. I am admitted to practice before the following courts: Commonwealth of Massachusetts (1991) and United States District Court, District of Massachusetts (1992).

8. I have never been denied admission to or disciplined by the court of any jurisdiction.

9. I am familiar with the Local Rules of the United States District Court for the District of Rhode Island.

Subscribed and sworn under the penalties of perjury this 2nd day of November, 2006.

/s/ Charlotte E. Glinka
CHARLOTTE E. GLINKA