UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT E. YOUMAN, SR., Individually and as Administrator of the Estate of PAULA J. YOUMAN and WILLIAM P. YOUMAN<br>Plaintiff | : | |
| V. | : | C.A. NO. 05-535T |
| UNITED STATES OF AMERICA<br>Defendant | : | |

**NOTICE OF ENTRY OF APPEARANCE**

I hereby enter my appearance as substitute counsel for Defendant, United States of America, in the above matter. Assistant United States Attorney Robin E. Feder, who was previously assigned this matter, has left our office.

/s/ Robert Clark Corrente

ROBERT CLARK CORRENTE, #2632
United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002 (fax)
Email: robert.corrente@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 7th day of February, 2007, I electronically filed the within Notice of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Charlotte Glinka, Esq.
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780

/s/Robert Clark Corrente
ROBERT CLARK CORRENTE, #2632
United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002 (fax)
Email: robert.corrente@usdoj.gov