IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SCOTT E. YOUMAN, Sr., Individually and :
As Administrator of the Estates of PAULA J. :
YOUMAN and WILLIAM P. YOUMAN :
Plaintiff :
:
V. : C.A. NO. 05-535T
:
UNITED STATES OF AMERICA :
Defendant :

**NOTICE OF APPEARANCE**

I, Jeffrey Padwa, Esq (R.I. Bar #5130), hereby enter my appearance on behalf of Plaintiff SCOTT E. YOUMAN, Sr., Individually and As Administrator of the Estates of PAULA J. YOUMAN and WILLIAM P. YOUMAN.

Plaintiff,

/s/ Jeffrey M. Padwa

Jeffrey M. Padwa, Esq. (#5130)
PADWA LAW
303 Jefferson Blvd.
Warwick, RI 02888
(401) 921-4800
(401) 921-4805 Fax
Jeffrey@padwalaw.com

**CERTIFICATION**

I, Jeffrey M. Padwa, hereby certify that on March 27, 2007, I served a true and accurate copy of the within by causing the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case as follows:

Robert C. Corrente, Esq.
United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Jeffrey M. Padwa
______________________________
Jeffrey M. Padwa