IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT E. YOUMAN, Sr., Individually and as Administrator of the Estates of PAULA J. YOUMAN and WILLIAM P. YOUMAN<br>Plaintiff | ) | |
| v. | ) | C.A. NO. 05-535T |
| UNITED STATES OF AMERICA,<br>Defendant | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

I, Kristen E. Ferris, of the law firm of Keches & Mallen, P.C., hereby withdraw my appearance as counsel of record for the plaintiff, Scott E. Youman, in connection with the above-entitled matter.

The Plaintiff,
By his Attorneys,

/s/ Kristen E. Ferris, Esq.

KRISTEN E. FERRIS, # 7309
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780
(508) 822-2000
Email: kferris@keches-mallen.com

Dated: