IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT E. YOUMAN, Sr., Individually and As Administrator of the Estates of PAULA J. YOUMAN and WILLIAM P. YOUMAN<br>Plaintiff | : | |
| V. | : | C.A. NO. 05-535T |
| UNITED STATES OF AMERICA<br>Defendant | : | |

**ATTORNEY ANN MARIE MAGUIRE'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I, Ann Marie Maguire, hereby certify and say:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts and of the United States District Court for the District of Massachusetts. My eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings against me at this time.

3. I have never been convicted of any crime other than <u>minor</u> traffic offenses.

4. During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and be bound by the Local Rules and Order of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge and will observe the requirements of this Court respecting the participation of local counsel, as set out in Local Rule 5, recognizing that failure to do so

may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Pro Hac Vice Applicant:

ANN MARIE MAGUIRE, (Mass. BBO # 313660)
KECHES & MALLEN, P.C. ~ OF COUNSEL
122 Dean Street
Taunton, MA 02780
TEL (508) 822-2000
FAX (508) 822-8022

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

Respectfully submitted,

Jeffrey M. Padwa, #5130
PADWA LAW
303 Jefferson Blvd.
Warwick, RI 02888
(401) 921-4800
(401) 921-4805 Fax