IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT E. YOUMAN, Sr., Individually and as Administrator of the Estates of PAULA J. YOUMAN and WILLIAM P. YOUMAN<br>Plaintiff | ) | |
| | ) | C.A. NO. 05-535T |
| v. | ) | |
| UNITED STATES OF AMERICA,<br>Defendant | ) | |

**AFFIDAVIT OF SCOTT E. YOUMAN, SR.**

I, Scott E. Youman, Sr., hereby depose and say:

1. I am the plaintiff in the above matter, which is a wrongful death case involving the circumstances surrounding the death of my wife and son in March, 2003.

2. Shortly after the death of my wife and son I contacted the law firm of Keches & Mallen, P.C. to investigate the circumstances surrounding the medical care that was provided to my wife and unborn son. I was referred to Keches & Mallen by a close family member who is an attorney and who knew Attorney Maguire and the firm and recommended that I retain them over all other firms based on their experience in handling medical malpractice cases.

3. I initially met with Attorney Ann Maguire and subsequently with Attorney Charlotte Glinka as the investigation of the case continued. Attorney Maguire and Attorney Glinka have been very heavily involved in every aspect of this case since our first meeting. I have formed a strong bond with these attorneys, feel very comfortable with them, and trust their decisions in the handling of this case. Because of their intimate knowledge of all of the details of the case, it would be detrimental to my interests and my case if Attorney Maguire, Attorney Glinka and the law firm of Keches & Mallen were not permitted to serve as lead counsel in this matter.

4. This case is of obvious great personal significance to me. I understand that I have a right to retain the attorneys of my choice and it is very important to me that Attorney Maguire and Attorney Glinka handle my case in the Rhode Island Court, along with whomever they may recommend or choose as local counsel.

Subscribed and sworn under the penalties of perjury this 19 day of March, 2007.

[signature]
SCOTT E. YOUMAN, SR.

Youman\Pleadings\FedCase\Scott-Aff