IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT E. YOUMAN, Sr., Individually and As Administrator of the Estates of PAULA J. YOUMAN and WILLIAM P. YOUMAN<br>Plaintiff | : | |
| V. | : | C.A. NO. 05-535T |
| UNITED STATES OF AMERICA<br>Defendant | : | |

**PLAINTIFF'S MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

Plaintiff, Scott E. Youman, Sr., hereby moves that Attorney Charlotte E. Glinka be admitted, *pro hac vice*, in the above-captioned case as associate trial counsel with local associate counsel identified below, on the grounds that *pro hac vice* counsel has had a long standing attorney-client relationship with plaintiff Scott E. Youman, Sr.

In support of this motion plaintiff incorporates by reference the attached certification of Attorney Glinka, affidavit of Attorney Glinka and affidavit of plaintiff Scott E. Youman, Sr.

Wherefore, plaintiff respectfully requests that this Honorable Court grant this motion for admission of counsel *pro hac vice*.

Respectfully submitted,
Plaintiff,

/s/ Jeffrey M. Padwa

Jeffrey M. Padwa, Esq. (#5130)
PADWA LAW
303 Jefferson Blvd.
Warwick, RI 02888
(401) 921-4800
(401) 921-4805 Fax
Jeffrey@padwalaw.com

**CERTIFICATION**

I, Jeffrey M. Padwa, hereby certify that on March 27, 2007, I served a true and accurate copy of the within by causing the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case as follows:

Robert C. Corrente, Esq.
United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Jeffrey M. Padwa
______________________________
Jeffrey M. Padwa