UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT E. YOUMAN, Sr., Individually and as Administrator of the Estates of PAULA J. YOUMAN and WILLIAM P. YOUMAN<br>Plaintiff | ) | |
| | ) | C.A. NO. 05-535T |
| v. | ) | |
| UNITED STATES OF AMERICA,<br>Defendant | ) | |

**AFFIDAVIT OF CHARLOTTE E. GLINKA**

I, Charlotte E. Glinka, hereby depose and say:

1. I am a partner with the law firm of Keches & Mallen, P.C. in Taunton, Massachusetts, and concentrate my practice in the areas of medical malpractice and personal injury litigation.

2. I, along with Keches & Mallen, P.C., have had a long-standing attorney-client relationship with the plaintiff, Scott E. Youman, Sr. This firm has represented the plaintiff since shortly after the events giving rise to this lawsuit.

3. In particular, in or about 2003, Keches & Mallen, P.C. undertook the initial investigation into the events surrounding the deaths of Paula J. Youman and the Youmans' son, William P. Youman and, since that time, have acquired an in-depth knowledge of the facts, circumstances, and medical issues associated with this case. This has included obtaining and reviewing all of the necessary medical records, conferring with the medical examiner who performed the autopsies, speaking with witnesses, conducting research into the employment status of various individuals who were involved in the care and treatment of the decedent, Paula Youman, conferring with and retaining medical experts who may be expected to provide testimony in this matter, preparing and submitting the documents necessary to support the claims under the Federal Tort Claims Act, and, since that time, preparing and submitting various documents in court for purposes of this lawsuit.

Subscribed and sworn under the penalties of perjury this 31st day of January, 2007.

Charlotte E. Glinka
CHARLOTTE E. GLINKA