UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT E. YOUMAN, Sr., Individually and as Administrator of the Estates of PAULA J. YOUMAN and WILLIAM P. YOUMAN<br>Plaintiff | ) | |
| v. | ) | C.A. NO. 05-535T |
| UNITED STATES OF AMERICA,<br>Defendant | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

I, Claudine A. Cloutier, of the law firm of Keches & Mallen, P.C., hereby give notice of my withdrawal of appearance as counsel for the Plaintiff in the above-entitled matter.

On behalf of the plaintiff, successor counsel Jeffrey M. Padwa has filed an Appearance in the above-entitled matter.

Respectfully submitted,
The Plaintiff,
By his Attorneys,

/s/ Claudine A. Cloutier

CLAUDINE A. CLOUTIER
Bar ID #: 5475
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780
(508) 822-2000

Dated: May 3, 2007

CERTIFICATE OF SERVICE

I, Claudine A. Cloutier, counsel for the plaintiff, hereby certify that on this 3rd day of May, 2007, I served the following: **Notice of Withdrawal of Appearance,** by forwarding a copy of same by first-class mail, postage prepaid, to the following:

Robert Corrente, AUSA
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Jeffrey M. Padwa, Esquire
Padwa Law
303 Jefferson Blvd.
Warwick, RI 02888

/s/ CLAUDINE A. CLOUTIER