UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT E. YOUMAN, SR., Individually and as Administrator of the Estate of PAULA J. YOUMAN and WILLIAM P. YOUMAN | : | |
| Plaintiff | : | |
| V. | : | C.A. NO. 05-535T |
| UNITED STATES OF AMERICA | : | |
| Defendant | : | |

**UNITED STATES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY PLAINTIFF SCOTT E. YOUMAN, SR.**

Defendant United States of America moves for an order compelling Plaintiff Scott E. Youman, Sr. to produce, within ten (10) days, those documents and materials requested on September 6, 2006 (Exhibit A).

Defendant requested nineteen categories of documents and materials. Although Plaintiff produced certain medical records which are ostensibly responsive to Requests 1 – 4, no response or objection to the request was ever filed, nor were any documents or materials responsive to Requests 5 – 19 ever produced.

This is a medical malpractice wrongful death action. Among the materials which Plaintiff has refused to produce are the decedent's employment, tax and disability records, which are obviously central to the damages claim, and which are necessary in order to depose the Plaintiff Scott Youman, who is the

decedent's Administrator. Discovery is presently scheduled to close on July 15, 2007. Accordingly the Defendant requests an order compelling production of all the requested materials within ten (10) days.

Pursuant to Local Rule 7 (a), no memorandum of law is required.

ROBERT CLARK CORRENTE,
United States Attorney

/s/ Robert Clark Corrente
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5002 (fax)
Email: robert.corrente@usdoj.gov

## CERTIFICATION

I hereby certify that on the 5th day of June, 2007, I electronically filed the within Motion to Compel Production of Documents with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Charlotte Glinka, Esq.
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780

Jeffrey M. Padwa, Esq.
303 Jefferson Blvd.
Warwick, RI 02888

/s/ Robert Clark Corrente
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5002 (fax)
Email: robert.corrente@usdoj.gov