UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT E. YOUMAN, Sr., Individually and as Administrator of the Estates of PAULA J. YOUMAN and WILLIAM P. YOUMAN, Plaintiff | ) | |
| | ) | C.A. NO. 05-535T |
| v. | ) | |
| UNITED STATES OF AMERICA, Defendant | ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PLAINTIFF'S REQUEST FOR SANCTIONS**

The plaintiff hereby opposes the Defendant's Motion to Compel Production of Documents. As grounds therefor, the plaintiff states that, contrary to the assertions contained in the Defendant's Motion, the plaintiff served his document responses on the defendant on April 26, 2007. (*See* email correspondence and Plaintiff's Responses to Defendant's Request for Production of Documents, attached hereto as Exhibit 1). Accordingly the defendant's assertion in its motion that "no response or objection to the request was ever filed" is patently false. As for the specific records cited by the defendant as not being produced, the plaintiff has informed the defendant that he does not presently have the decedent's tax records, employment records or disability records in his possession and is therefore unable to produce them.

In further support of his Opposition, the plaintiff states that this is a medical malpractice and wrongful death case involving the medical care provided to the plaintiff's wife, Paula Youman, and their unborn child in 2003. Paula Youman was not employed at the time of her death, and had not been employed since approximately 1999 (four years prior to her death). The plaintiff is making efforts to obtain the pertinent employment and income records (including

sending a request to the Internal Revenue Service) and, to the extent any such records can be located, he will supplement his document responses. The plaintiff disputes the defendant's assertion that those records are necessary for purposes of deposing the plaintiff. Since they are not the plaintiff's own records, and since he is not the creator of those records, their contents can hardly be considered crucial to deposing the plaintiff on what is essentially his loss of consortium and wrongful death claims on behalf of himself and the Youmans' two surviving children.

WHEREFORE, the plaintiff respectfully requests that the defendant's Motion be DENIED, and further requests that the defendant be sanctioned for its false and misleading statements to the Court concerning this discovery matter. The plaintiff requests an Order awarding the plaintiff his attorney's fees associated with the filing of this Opposition.

Respectfully submitted,

The plaintiff, Scott E. Youman, Sr.,
By his Attorneys,

KECHES & MALLEN, P.C.

/s/ Charlotte E. Glinka
CHARLOTTE E. GLINKA
122 Dean Street
Taunton, MA 02780
(508) 822-2000

DATED: June 8, 2007
Opp-MotCompel