# EXHIBIT 1

**From:** Charlotte Glinka
**To:** Capuano, Hollie (USARI)
**Date:** 4/26/07 7:48AM
**Subject:** Re: Youman Documents

Hollie:
I apologize for the delay. I am attaching our document responses. It is my understanding that you have all of the medical records, but if there are records you don't have, please let me know and we can either send you copies or have you come here to inspect & copy what you want.

Best regards,
Charlotte

Charlotte E. Glinka, Esq.
Keches & Mallen, P.C.
122 Dean Street
Taunton, MA 02780
TEL 508-822-2000
FAX 508-822-8022
email: cglinka@keches-mallen.com

>>> "Capuano, Hollie (USARI)" <Hollie.Capuano@usdoj.gov> 04/24/07 11:54AM >>>
Charlotte: I haven't received a response to my email yesterday. Have you sent the responsive documents? Hollie

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT E. YOUMAN, Sr., Individually and as Administrator of the Estates of PAULA J. YOUMAN and WILLIAM P. YOUMAN<br>Plaintiff | ) | |
| v. | ) | C.A. NO. CA 05-535T |
| UNITED STATES OF AMERICA,<br>Defendant | ) | |

**PLAINTIFF SCOTT E. YOUMAN, SR.'S RESPONSES TO UNITED STATES OF AMERICA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

REQUEST NO. 1

Any and all medical records, bins and reports, of whatever nature and kind, including office notes and x-rays, from any and all physicians, hospitals, walk-in centers, laboratories, clinics or other health care providers which relate in any way to the alleged injury which is the subject of this litigation. If there are any such records which are not in your possession, please identify by name and address, the provider of the care so that an authorization for release of the records may be sent to that provider. (Copies of any records received from such providers will be provided to plaintiff.) (A form authorization for release of such records is attached hereto.)

RESPONSE NO. 1

OBJECTION. The plaintiff objects to this interrogatory on the grounds that it is overly broad, unduly burdensome, and/or otherwise exceeds the scope of permissible discovery pursuant to Fed. R. Civ. P. 26. Without waiving this objection, copies of the following records are available for inspection and copying at the office of plaintiff's counsel at a mutually convenient date and time:

1. Thundermist Health Center
   9/10/02 - 3/26/03

2. Landmark Medical Center
   3/10/03 - 3/21/03

3. Autopsy Report - Paula Youman

4. Autopsy Report - William Youman

Please also refer to the decedent's medical records, and the autopsy reports, copies of which have previously been produced and/or are already in the defendant's possession.

REQUEST NO. 2

Any and all medical records, bills and reports, of whatever nature and kind, including office notes and x-rays, from any and all physicians, hospitals, walk-in centers, laboratories, clinics, or other health care providers which relate in any way to any injuries or illnesses, whenever suffered by Paula Youman, of bipolar disorder and other mental illnesses, asthma, diabetes, high blood pressure, kidney disorder, metabolic acidosis, shock syndrome or pancreatitis. If there are any such records which are not in your possession, please identify by name and address, the provider of the care so that an authorization for release of the records may be sent to that provider. (Copies of any records received from such providers will be provided to plaintiff.) (A form authorization for release of such records is attached hereto.)

RESPONSE NO. 2

OBJECTION. The plaintiff objects to this interrogatory on the grounds that it is overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and/or otherwise exceeds the scope of permissible discovery pursuant to Fed. R. Civ. P. 26. Without waiving this objection, copies of the following medical records available for inspection and copying at the office of plaintiff's counsel at a mutually convenient date and time:

1. UMass Memorial Health Care
   1/8/00 - 1/18/00

2. Kent Hospital
   10/25/02 - 10/31/02

3. Northern Rhode Island - Community Mental Health
   7/27/00 - 3/24/03

Please also refer to the decedent's medical records, copies of which have previously been produced and/or are already in the defendant's possession.

REQUEST NO. 3

Any and all medical records, bills and reports, of whatever nature and kind, including office notes and x -rays, from any and all physicians, hospitals, walk-in centers, clinics, laboratories or other health care providers who examined and/or treated Paula Youman from 1992 to the present. If there are any such records which are not in your possession, please identify by name and address, the provider of the care so that an authorization for release of the records may be sent to that provider. (Copies of any records received from such providers will be provided to plaintiff.) (A form authorization for release of such records is attached hereto.)

RESPONSE NO. 3

OBJECTION. The plaintiff objects to this interrogatory on the grounds that it is vague, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence and/or otherwise exceeds the scope of permissible discovery pursuant to Fed. R. Civ. P. 26. Without waiving this objection, please refer to Response Nos. 1 and 2.

REQUEST NO. 4
Any and all ultrasounds, x-rays, CAT-scans, sonograms or other such imaging performed on either decedent from 1992 through the present. If there are any such items which are not in your possession, please identify by name and address, the provider of the care so that an authorization for release of the items may be sent to that provider. (Copies of any items received from such providers will be provided to plaintiff.) (A form authorization for release of such records is attached hereto.)

RESPONSE NO. 4

OBJECTION. The plaintiff objects to this interrogatory on the grounds that it is vague, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and/or otherwise exceeds the scope of permissible discovery pursuant to Fed. R. Civ. P. 26. Without waiving this objection, please refer to Response Nos. 1 and 2.

REQUEST NO. 5

Any and all documents reviewed by and/or relied upon by you in answering any interrogatories issued in this case.

RESPONSE NO. 5

OBJECTION. The plaintiff objects to this interrogatory on the grounds that it is vague, overly broad, unduly burdensome, seeks the disclosure of privileged communications, and/or otherwise exceeds the scope of permissible discovery pursuant to Fed. R. Civ. P. 26. Without waiving this objection please refer to decedent's medical records, copies of which have been or will be produced during the course of this litigation, and/or which are already in the defendant's possession.

REQUEST NO. 6

Any and all diaries, journals, notebooks or other written materials written by you, by Paula Youman or any other witness reflecting any information concerning the events which are the subject of the instant lawsuit.

RESPONSE NO. 6

OBJECTION. The plaintiff objects to this interrogatory on the grounds that it is vague, overly broad, unduly burdensome, seeks the disclosure of privileged communications, seeks the

disclosure of attorney work product, and/or otherwise exceeds the scope of permissible discovery pursuant to Fed. R. Civ. P. 26. Without waiving this objection, and with the exception of privileged communications and/or work product, the plaintiff has no such documents in his possession.

REQUEST NO. 7

Any and all calendars reflecting medical appointments scheduled (whether kept or not) for Paula Youman from 1992 through the present.

RESPONSE NO. 7

OBJECTION. The plaintiff objects to this interrogatory on the grounds that it is vague, overly broad, unduly burdensome, and/or otherwise exceeds the scope of permissible discovery pursuant to Fed. R. Civ. P. 26. Without waiving this objection, the plaintiff has no such documents in his possession.

REQUEST NO. 8

All statements taken from defendant or from agents or employees of defendant regarding the incidents which are the subject of this litigation.

RESPONSE NO. 8

The plaintiff has no such documents in his possession other than the decedent's medical records, copies of which have been or will be produced and/or are already in the defendant's possession.

REQUEST NO. 9

All statements given by you regarding the incidents which are the subject of this litigation, other than those covered by the attorney-client privilege. If there are any such statements which are not in your possession, please identify by name and address, the person or entity having custody of the statements demand for release of the records may be sent to that person or entity. (Copies of any records received from such providers will be provided to plaintiff.)

RESPONSE NO. 9

OBJECTION. The plaintiff objects to this interrogatory on the grounds that it is vague, overly broad, unduly burdensome, seeks the disclosure of privileged communications, and/or otherwise exceeds the scope of permissible discovery pursuant to Fed. R. Civ. P. 26.

REQUEST NO. 10

Any and all letters, memoranda, summaries or reports concerning the instant matter which have been supplied to any expert witness you reasonably anticipate calling to testify at trial.

RESPONSE NO. 10

OBJECTION. The plaintiff objects to this interrogatory on the grounds that it is vague, overly broad, unduly burdensome, seeks the disclosure of attorney work product, and/or otherwise exceeds the scope of permissible discovery pursuant to Fed. R. Civ. P. 26.

REQUEST NO. 11

Any and all letters, memoranda, summaries or reports from expert witnesses plaintiff reasonably anticipates will be called to testify at the trial of this matter.

RESPONSE NO. 11

OBJECTION. The plaintiff objects to this interrogatory on the grounds that it is overly broad, unduly burdensome, seeks the disclosure of attorney work product, and/or otherwise exceeds the scope of permissible discovery pursuant to Fed. R. Civ. P. 26.

REQUEST NO. 12

Copies of any learned treatises, medical journal articles, textbooks or other sources on which plaintiff anticipates relying at the trial of this matter.

RESPONSE NO.12

OBJECTION. The plaintiff objects to this interrogatory on the grounds that it is vague, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and/or otherwise exceeds the scope of permissible discovery pursuant to Fed. R. Civ. P. 26.

REQUEST NO. 13

The current curriculum vitae of all experts you expect to call at the trial of this action including a list of all publications authored and any presentations given by them on topics related to the subject(s) of their expected testimony.

RESPONSE NO. 13

OBJECTION. The plaintiff objects to this interrogatory on the grounds that it is overly broad, unduly burdensome, seeks the disclosure of attorney work product, and/or otherwise exceeds the scope of permissible discovery pursuant to Fed. R. Civ. P. 26.

REQUEST NO. 14

All records reflecting any amounts payable or paid as a benefit to you as a result of the matters alleged in the complaint pursuant to any state income disability or workers' compensation act, any life, health, sickness or income-disability insurance, accident insurance that provides health

benefits or income-disability coverage, and any contract or agreement of any group, organization, partnership, or corporation to provide, pay for, or reimburse the cost of medical, hospital, dental, or other health care services.

RESPONSE NO. 14

OBJECTION. The plaintiff objects to this interrogatory on the grounds that it is overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and/or otherwise exceeds the scope of permissible discovery pursuant to Fed. R. Civ. P. 26. Without waiving this objection, please refer to the Medicare Summary Notice, a copy of which is attached hereto.

REQUEST NO. 15

Any and all employment records and records of earnings concerning Paula Youman for the period 1992 through the present. If there are any such records which are not in your possession, please identify by name and address, the person or entity having custody of the records so that an authorization for release of the records may be sent to that person or entity. (Copies of any records received from such providers will be provided to plaintiff.) (A form authorization for release of such records is attached hereto.)

RESPONSE NO. 15

OBJECTION. The plaintiff objects to this interrogatory on the grounds that it is overly broad, unduly burdensome, and/or otherwise exceeds the scope of permissible discovery pursuant to Fed. R. Civ. P. 26. Without waiving this objection, and to the extent any such records are located or obtained, copies will be made available to the defendant for inspection and copying at a mutually convenient date and time at the office of plaintiff's counsel.

REQUEST NO. 16

All photographs, videotapes, motion pictures, "day in the life" films, diagrams, or other visual aids in your possession, custody or control, relating to your claims in this action.

RESPONSE NO. 16

OBJECTION. The plaintiff objects to this interrogatory on the grounds that it is overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, seeks the disclosure of attorney work product, and/or otherwise exceeds the scope of permissible discovery pursuant to Fed. R. Civ. P. 26. Without waiving this objection, and to the extent photographs of Paula Youman are located, copies will be made available to the defendant for inspection and copying at a mutually convenient date and time at the office of plaintiff's counsel.

<u>REQUEST NO. 17</u>

Copies of all written standard(s) of care which you contend were violated by defendant or its agents or employees in caring for Paula J. Youman.

<u>RESPONSE NO. 17</u>

OBJECTION. The plaintiff objects to this interrogatory on the grounds that it is overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, seeks the disclosure of attorney work product, and/or otherwise exceeds the scope of permissible discovery pursuant to Fed. R. Civ. P. 26.

<u>REQUEST NO. 18</u>

Copies of all federal, state and local income tax returns, including W-2 forms, for each of the years from 1992 to the present, relating to Paula J. Youman. With regard to any tax records referred to above which are in existence, but not physically in the possession or custody of you or your attorney, defendant requests that you execute an authorization to allow the defendant to examine and obtain copies of said records. (An authorization to release said returns is enclosed for your signature.)

<u>RESPONSE NO. 18</u>

OBJECTION. The plaintiff objects to this interrogatory on the grounds that it is overly broad, unduly burdensome, and/or otherwise exceeds the scope of permissible discovery pursuant to Fed. R. Civ. P. 26. Without waiving this objection, and to the extent any such records are located or obtained, copies will be made available to the defendant for inspection and copying at a mutually convenient date and time at the office of plaintiff's counsel.

<u>REQUEST NO. 19</u>

All records relating in any way to Paula J. Youman, including the dates of any claims or applications for assistance, because of ill health or disability, and all records of any acceptance, denial, modification or payment of benefits. These should include claims for social security, temporary disability insurance, disability, workers' compensation, or other benefits, regardless of whether the claim was filed in court or other tribunal. With regard to any social security records referred to above which are in existence, but not physically in the possession or custody of you or your attorney, defendant requests that you execute an authorization to allow the defendant to examine and obtain copies of said records. (An authorization to release social security records is enclosed for your signature.)

RESPONSE NO. 19

OBJECTION. The plaintiff objects to this interrogatory on the grounds that it is vague, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and/or otherwise exceeds the scope of permissible discovery pursuant to Fed. R. Civ. P. 26.

Respectfully submitted,
By his Attorneys,

KECHES & MALLEN, P.C.

CHARLOTTE E. GLINKA
BBO # 559117
122 Dean Street
Taunton, MA 02780
(508) 822-2000

DATED: April 23, 2007
PlResp-RPDs

CMS CENTERS for MEDICARE & MEDICAID SERVICES

# Medicare Summary Notice

April 11, 2003

THE ESTATE OF
PAULA YOUMAN
419 N MAIN ST
WOONSOCKET RI 02895-1133

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: 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A**

If you have questions, write or call:
Medicare Part A
Blue Cross & Blue Shield of Rhode Island
444 Westminster Street
Providence, Rhode Island 02903-3279

**Toll Free: 1-800-662-5170**
TTY for Hearing Impaired: 1-888-239-3356

**BE INFORMED:** Read your Medicare Summary Notice carefully for accuracy of dates, services, and amounts billed to Medicare.

This is a summary of claims processed from 03/07/2003 through 03/24/2003.

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 1306370576<br>**Landmark Medical Center**<br>**115 Cass Ave**<br>**Woonsocket, RI 02895-4705**<br>Referred by: E Belaval | | | | | | a |
| 02/20/03 | Emergency dept visit (99282) | $163.00 | $0.00 | $20.57 | $20.57 | |
| Claim number 1308070159<br>**Landmark Medical Center**<br>**115 Cass Ave**<br>**Woonsocket, RI 02895-4705**<br>Referred by: L Jones | | | | | | b |
| 03/10/03-03/12/03 | Pharmacy | $324.65 | $0.00 | $0.00 | $0.00 | c |
| | Electrolyte panel (80051) | 117.00 | 0.00 | 0.00 | 0.00 | d |
| | Hepatic function panel (80076) | 81.00 | 0.00 | 0.00 | 0.00 | d |
| | Assay of blood/uric acid (84550) | 26.00 | 0.00 | 0.00 | 0.00 | d |
| | Complete cbc w/auto diff wbc (85025) | 54.00 | 0.00 | 0.00 | 0.00 | d |

**(continued)**

**THIS IS NOT A BILL - Keep this notice for your records.**

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| **This Claim was continued from the previous page.** | | | | | | |
| 03/10/03-03/12/03 | Urinalysis, auto w/scope (81001) | 48.00 | 0.00 | 0.00 | 0.00 | d |
| | Electrocardiogram, tracing (93005) | 78.00 | 0.00 | 4.04 | 4.04 | |
| | Observation care (99219) | 1,680.00 | 0.00 | 0.00 | 0.00 | c |
| | Culture screen only (87081) | 31.00 | 0.00 | 0.00 | 0.00 | d |
| | Culture type, immunologic (87147) | 40.00 | 0.00 | 0.00 | 0.00 | d |
| | Ob us >/= 14 wks, addl fetus (76810) | 369.00 | 0.00 | 29.51 | 29.51 | |
| | Basic metabolic panel (80048) | 88.00 | 0.00 | 0.00 | 0.00 | d |
| | Assay of lithium (80178) | 42.00 | 0.00 | 0.00 | 0.00 | d |
| | **Claim Total** | **$2,978.65** | **$0.00** | **$33.55** | **$33.55** | |

**Notes Section:**

a The amount Medicare paid the provider for this claim is $56.99.

b The amount Medicare paid the provider for this claim is $489.88.

c Payment is included in another service received on the same day.

d This service is paid at 100% of the Medicare approved amount.

### Deductible Information:

You have now met $100.00 of your $100 Part B deductible for 2003.

### General Information:

If the coinsurance amount you paid is more than the amount shown on your notice, you are entitled to a refund, please contact your provider.

You have the right to make a request in writing for an itemized statement which details each Medicare item or service which you have received from your physician, hospital, or any other health supplier or health professional. Please contact them directly, in writing, if you would like an itemized statement.

## General Information (continued):

Compare the services you receive with those that appear on your Medicare Summary Notice. If you have questions, call your doctor or provider. If you feel further investigation is needed due to possible fraud or abuse, call the phone number in the Customer Service Information Box.

If you change your address, please contact the Social Security Administration by calling 1-800-772-1213.

## Appeals Information - Part B (Outpatient)

**If you disagree with any claims decision on this notice**, you can request an appeal by **August 09, 2003.** Follow the instructions below:

1) Circle the item(s) you disagree with and explain why you disagree.

2) Send this notice, or a copy, to the address in the "Customer Service Information" box on Page 1. (You may also send any additional information you may have about your appeal.)

3) Sign here ______________________________ Phone number (___)__________

300477019
Page 1 of 2

# Medicare Summary Notice

August 19, 2003

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: 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A**

If you have questions, write or call:
Medicare Part B
444 Westminster Street
Providence, RI 02903-3279

**Toll-free: 1-800-662-5170**
TTY for hearing impaired: 1-888-239-3356

PAULA YOUMAN
419 N MAIN ST
WOONSOCKET RI 02895-1133

**BE INFORMED:** Do not sell your Medicare Number or Medicare Summary Notice.

This is a summary of claims processed on 08/08/2003.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 04-03197-144-120<br>**Thundermist Hlth Assoc, 383 Arnold St, Woonsocket, RI 02895-2909**<br>Dr. Curry, Laurie A. | | | | | | a |
| 03/11/03 | 1 Observ/hosp same date (99234) | $134.00 | $134.00 | $107.20 | $26.80 | |

**Notes Section:**

a This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

**THIS IS NOT A BILL - Keep this notice for your records.**

**Your Medicare Number: 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A**



**Deductible Information:**

You have met the Part B deductible for 2003.

**General Information:**

You have the right to make a request in writing for an itemized statement which details each Medicare item or service which you have received from your physician, hospital or any other health supplier or health professional. Please contact them directly, in writing, if you would like an itemized statement.

Compare the services you receive with those that appear on your Medicare Summary Notice. If you have questions, call your doctor or provider. If you feel further investigation is needed due to possible fraud or abuse, call the phone number in the Customer Service Information Box.
ALERT: Starting with services received on September 1, 2003, coverage by Medicare will be limited for outpatient physical therapy (PT), speech-language pathology (SLP), and occupational therapy (OT) services. For the period September 1, 2003 through December 31, 2003, the limits are $1,590 for PT and SLP combined and $1,590 for OT. Medicare pays up to 80% of the limits. These limits don't apply to therapy you get at hospital outpatient departments, unless you are a resident of and occupy a Medicare-certified bed in a skilled nursing facility. If you have questions, please call 1-800-MEDICARE.

**Appeals Information - Part B**

**f you disagree with any claims decision on this notice,** you can request an appeal by **December 17, 2003.** ollow the instructions below:

1) Circle the item(s) you disagree with and explain why you disagree.

2) Send this notice, or a copy, to the address in the "Customer Service Information" box on Page 1. (You may also send any additional information you may have about your appeal.)

3) Sign here______________________________ Phone number (____)____________

CMS CENTERS for MEDICARE & MEDICAID SERVICES

# Medicare Summary Notice

May 09, 2003

THE ESTATE OF
PAULA YOUMAN
419 N MAIN ST
WOONSOCKET RI 02895-1133

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: 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A**

If you have questions, write or call:
Medicare Part A
Blue Cross & Blue Shield of Rhode Island
444 Westminster Street
Providence, Rhode Island 02903-3279

**Toll Free: 1-800-662-5170**
TTY for Hearing Impaired: 1-888-239-3356

**BE INFORMED:** Read your Medicare Summary Notice carefully for accuracy of dates, services, and amounts billed to Medicare.

This is a summary of claims processed from 04/04/2003 through 04/29/2003.

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 1309370541<br>**Landmark Medical Center**<br>**115 Cass Ave**<br>**Woonsocket, RI 02895-4705**<br>Referred by: L Jones | | | | | | a |
| 03/18/03 | Fetal non-stress test (59025) | $273.00 | $0.00 | $33.84 | $33.84 | |

## PART A HOSPITAL INSURANCE - INPATIENT CLAIMS

| Dates of Service | Benefit Days Used | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|
| Claim number 1310670198<br>**Landmark Medical Center**<br>**115 Cass Ave**<br>**Woonsocket, RI 02895-4705**<br>Referred by: M Zhang | | | | | b |
| 03/20/03-03/21/03 | 1 days | $0.00 | $840.00 | $840.00 | c,d |

**THIS IS NOT A BILL - Keep this notice for your records.**

**Notes Section:**

a The amount Medicare paid the provider for this claim is $35.22.

b The amount Medicare paid the provider for this claim is $2,426.70.

c Days used are being subtracted from your total inpatient benefits for this benefit period.

d $840.00 was applied to your inpatient deductible.

**Deductible Information:**

You have met the Part A deductible for this benefit period.

You have now met $100.00 of your $100 Part B deductible for 2003.

**General Information:**

If the coinsurance amount you paid is more than the amount shown on your notice, you are entitled to a refund, please contact your provider.

You have the right to make a request in writing for an itemized statement which details each Medicare item or service which you have received from your physician, hospital, or any other health supplier or health professional. Please contact them directly, in writing, if you would like an itemized statement.

Compare the services you receive with those that appear on your Medicare Summary Notice. If you have questions, call your doctor or provider. If you feel further investigation is needed due to possible fraud or abuse, call the phone number in the Customer Service Information Box.

If you change your address, please contact the Social Security Administration by calling 1-800-772-1213.

**Appeals Information - Part A (Inpatient) and Part B (Outpatient)**

**If you disagree with any claims decision on either PART A or PART B of this notice,** you can request an appeal by **September 06, 2003.**

Follow the instructions below:

1) Circle the item(s) you disagree with and explain why you disagree.

2) Send this notice, or a copy, to the address in the "Customer Service Information" box on Page 1. (You may also send any additional information you may have about your appeal.)

3) Sign here ______________________________ Phone number (____)____________

CMS Centers for Medicare & Medicaid Services

# Medicare Summary Notice

April 16, 2003

PAULA YOUMAN
419 N MAIN ST
WOONSOCKET RI 02895-1133

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: 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A**

If you have questions, write or call:
Medicare Part B
444 Westminster Street
Providence, RI 02903-3279

**Toll-free: 1-800-662-5170**
TTY for hearing impaired: 1-888-239-3356

**BE INFORMED:** Do not sell your Medicare Number or Medicare Summary Notice.

This is a summary of claims processed from 03/31/2003 through 04/14/2003.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 02-03086-081-850<br>**Blackstone Vly Em Phy A, Po Box 845145, Boston, MA 02284-5145**<br>Dr. Belaval, Emilio S. | | | | | | a,b |
| 03/20/03 | 1 Emergency dept visit (99285) | $591.00 | $149.64 | $119.71 | $29.93 | |
| Claim number 02-03078-025-760<br>**Landmark M C Ekg Dept, 115 Cass Ave, Woonsocket, RI 02895-4705**<br>Referred by: Dr. Jones, Lisa M.<br>Dr. Georgy, Youssef H. | | | | | | b |
| 03/10/03 | 1 Electrocardiogram report (93010) | $35.00 | $9.04 | $7.23 | $1.81 | |

**'ART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)**

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 02-03077-071-030<br>**Medical Imaging Assocs, Suite 105,**<br>**1840 Mineral Spring ,**<br>**N Providence, RI 02904-3865**<br>Referred by: Dr. Baehler, Elizabeth A.<br>Dr. Zaldivia, Rodolfo | | | | | | b |
| 03/11/03 | 1 Us exam, pg uterus, mult<br>(76810-26) professional charge | $300.00 | $53.04 | $42.43 | $10.61 | |
| Claim number 02-03086-082-560<br>**Medical Imaging Assocs, Suite 105,**<br>**1840 Mineral Spring ,**<br>**N Providence, RI 02904-3865**<br>Referred by: Dr. Belaval, Emilio S.<br>Dr. Priolo, Dennis L. | | | | | | b |
| 03/20/03 | 1 Us exam, pg uterus limit<br>(76815-26) professional charge | $100.00 | $34.37 | $27.50 | $6.87 | |
| 03/20/03 | 2 Chest x-ray<br>(71010-26) professional charge | 50.00 | 18.82 | 15.06 | 3.76 | |
| | **Claim Total** | $150.00 | $53.19 | $42.56 | $10.63 | |
| Claim number 02-03087-118-800<br>**Medical Imaging Assocs, Suite 105,**<br>**1840 Mineral Spring ,**<br>**N Providence, RI 02904-3865**<br>Dr. Priolo, Dennis L. | | | | | | b |
| 03/21/03 | 2 Chest x-ray<br>(71010-26) professional charge | $50.00 | $18.82 | $15.06 | $3.76 | |
| Claim number 02-03087-118-810<br>**Medical Imaging Assocs, Suite 105,**<br>**1840 Mineral Spring ,**<br>**N Providence, RI 02904-3865**<br>Dr. Priolo, Dennis L. | | | | | | b |
| 03/21/03 | 1 X-ray exam of abdomen<br>(74000-26) professional charge | $27.00 | $9.41 | $7.53 | $1.88 | |

**Notes Section (continued):**

d You should not be billed for this service. You do not have to pay this amount.

**Deductible Information:**

You have met the Part B deductible for 2003.

**General Information:**

You have the right to make a request in writing for an itemized statement which details each Medicare item or service which you have received from your physician, hospital or any other health supplier or health professional. Please contact them directly, in writing, if you would like an itemized statement.

Compare the services you receive with those that appear on your Medicare Summary Notice. If you have questions, call your doctor or provider. If you feel further investigation is needed due to possible fraud or abuse, call the phone number in the Customer Service Information Box.
Colorectal cancer is the second leading cancer killer in the United States. Screening tests can find polyps before they become cancerous or find cancer early when treamtment works best. Medicare helps pay for colorectal cancer screening tests. Talk to your doctor about screening options that are right for you.

**Appeals Information - Part B**

**f you disagree with any claims decision on this notice,** you can request an appeal by **August 14, 2003.** ollow the instructions below:

1) Circle the item(s) you disagree with and explain why you disagree.

2) Send this notice, or a copy, to the address in the "Customer Service Information" box on Page 1. (You may also send any additional information you may have about your appeal.)

3) Sign here______________________________ Phone number (____)____________

1105 111947 0500 N4169 SA05 04 0554 R

PREMIER DIAGNOSTIC SERVICES IN
54 BODWELL STREET
AVON MA 02322

# STATEMENT

WE ACCEPT VISA , MASTERCARD
DISCOVER AND
AMERICAN EXPRESS SEE BACK

ADDRESS SERVICE REQUESTED

☐ CHECK HERE For Credit Card Payment

SHOW AMOUNT PAID HERE $______

| OFFICE PHONE NUMBER | CLOSING DATE | YOUR ACCOUNT NUMBER | PAGE NO. | NEW BALANCE |
|---|---|---|---|---|
| (508) 584-5600 | 04/04/03 | 111947 | 01 | 10.86 |

PAULA YOUMAN
419 N MIAN ST
WOONSOCKET, RI 02895-1133

PREMIER DIAGNOSTIC SERVICES IN
54 BODWELL STREET
AVON, MA 02322-1184

NOTE: Charges and payments not appearing on this statement will appear on next month's statement.

PLEASE RETURN THIS PORTION WITH PAYMENT

CHARGES APPEARING ON THIS STATEMENT ARE **NOT** INCLUDED ON ANY HOSPITAL BILL OR STATEMENT

| DATE | PROVIDER NAME | EXPLANATION OF ACTIVITY | PATIENT NAME | CHARGES AND DEBITS | PAYMENTS AND CREDITS |
|---|---|---|---|---|---|
| 092302 | MCCURDY TRE | CPT: 76815 - T ECHO EXAM, PREGNANT UT | PAULA | 213.00 | |
| 020503 | ed | MEDICARE OF RHODE ISLAND # 241 01 Fil | | | |
| 101502 | | N COVERAGE ON DOS c# 241011 | | | 0.00 |
| 030503 | | PAYMENT MEDICARE OF RHODEc# 241011 | | | -43.42 |
| 030503 | | WRITE-OFF MEDICARE c# 241011 | | | -158.72 |
| 030503 | | Co-ins 10.86 | | | |
| | INSURANCE | PAYMENTS RECEIVED SINCE 03/05/03 43.42 | | | |

STATEMENT CLOSING DATE: 04/04/03 PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE: 111947

| CURRENT | 30-60 DAYS | 60-90 DAYS | > 90 DAYS | TOTAL | INS PENDING | NEW BALANCE PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | | | 10.86 | 10.86 | 0.00 | 10.86 |

SEND INQUIRIES TO:
PREMIER DIAGNOSTIC SERVICES IN
54 BODWELL STREET
AVON MA 02322
IRS #: 043372221

(508) 584-5600
THANK YOU FOR CHOOSING
PREMIER DIAGNOSTIC SERVICES

1107 100918 0584 N4169 SA05 04 0555 R

VANGUARD HME
155 JEFFERSON BOULEVARD
WARWICK RI 02888-3878
PHONE: 401-468-1300

INVOICE

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| 000000000FYH | 0000934537 | 471 | VI[illegible] |

DATE: 07/21/2003 PAGE: 1

**BILL TO:**

PAULA YOUMAN

419 NORTH MAIN ST 1ST FL
WOONSOCKET RI 02895

**ADDITIONAL BILLING INFORMATION**

PAULA YOUMAN

419 NORTH MAIN ST 1ST FL
WOONSOCKET RI 02895

**DOCTOR INFORMATION**

REFERRING DOCTOR: LISA M JONES
PROVIDER #: RI10683
UPIN #: H40876

**ADDITIONAL INFORMATION**

DX1: 493.10
DX2:
DX1:
DX4:

| DATE | CODE | QTY | MOS | DESCRIPTION | *RENT IND | CHARGE | PATIENT PORTION |
|---|---|---|---|---|---|---|---|
| 07/19/2003 | E0570 | 1 | | NEBULIZER W/COMPRESSOR | R | 25.00 | 25. |

* NOTE: R=Rental P=Purchase O=N/A

** A $20.00 SERVICE FEE WILL BE CHARGED FOR ALL RETURNED CHECKS **

To pay this invoice with your credit card please complete:

Acct. No. ____________________
Exp. Date ____________________

☐ VISA ☐ MasterCard ☐ Discover
☐ Charge this invoice only
or
☐ Charge this and future invoices to my credit card until I contact you to cancel this agreement.

Signature ____________________

TOTAL CHARGE: 25.00

TOTAL PYMT/ADJ:

BALANCE DUE: 25.00

THIS DELIVERY RECEIPT IS SUBJECT TO ALL OF THE TERMS SET FORTH ON THE REVERSE SIDE, WHICH TERMS ARE HEREBY INCORPORATED REFERENCE AND MADE PART OF THIS AGREEMENT BETWEEN VANGUARD HME (SELLER) AND PAULA YOUMAN CUSTOMER/BUYER

| PAID ON DELIVERY | DELIVERED BY |
|---|---|
| CUSTOMER P.O. NO. VERBAL ON FILE | DATE |

I ACKNOWLEDGE THAT I HAVE READ AND UNDERSTAND ALL OF THE ABOVE AND ON THE REVERSE SIDE, AND I HAVE RECEIVED A COMPLET[E COPY] OF THIS RECEIPT.

____________________
(CUSTOMER'S SIGNATURE)

CMS CENTERS for MEDICARE & MEDICAID SERVICES

# Medicare Summary Notice

May 01, 2003

PAULA YOUMAN
419 N MAIN ST
WOONSOCKET RI 02895-1133

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: 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A**

If you have questions, write or call:
Medicare Part A
United Government Services, LLC.
401 W. Michigan Street
Milwaukee, WI 53203-2804

**Toll Free: 1-800-531-9695**
**Puerto Rico: 1-800-531-9695**
**TTY/TTD: 1-866-879-0234**

**BE INFORMED:** Read your Medicare Summary Notice carefully for accuracy of dates, services, and amounts billed to Medicare.

This is a summary of claims processed on 03/26/2003.

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Control number 20308300996808 | | | | | | |
| **Thundermist Health Associates** | | | | | | a,b |
| **383 Arnold ST.** | | | | | | |
| **Woonsocket, RI 02895** | | | | | | |
| Referred by: D Asiedu | | | | | | |
| 11/22/02 | Office/outpatient visit, est (99212) | $54.00 | $0.00 | $10.80 | $10.80 | |
| Control number 20308300985608 | | | | | | |
| **Thundermist Health Associates** | | | | | | a,b |
| **383 Arnold ST.** | | | | | | |
| **Woonsocket, RI 02895** | | | | | | |
| Referred by: M Bauer | | | | | | |
| 12/18/02 | Office/outpatient visit, est (99212) | $65.00 | $0.00 | $13.00 | $13.00 | |

**THIS IS NOT A BILL - Keep this notice for your records.**

**Your Medicare Number: 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A**



## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Control number 20308300996708<br>**Thundermist Health Associates**<br>**383 Arnold ST.**<br>**Woonsocket, RI 02895**<br>Referred by: D Asiedu | | | | | | a,b |
| 12/26/02 | Office/outpatient visit, est (99212) | $88.00 | $0.00 | $17.60 | $17.60 | |
| Control number 20308300994308<br>**Thundermist Health Associates**<br>**383 Arnold ST.**<br>**Woonsocket, RI 02895**<br>Referred by: L Jones | | | | | | a,b |
| 01/16/03 | Office/outpatient visit, est (99212) | $65.00 | $0.00 | $13.00 | $13.00 | |
| Control number 20308300974108<br>**Thundermist Health Associates**<br>**383 Arnold ST.**<br>**Woonsocket, RI 02895**<br>Referred by: L Jones | | | | | | a,b |
| 02/14/03 | Office/outpatient visit, est (99212) | $65.00 | $0.00 | $13.00 | $13.00 | |
| Control number 20308300978808<br>**Thundermist Health Associates**<br>**383 Arnold ST.**<br>**Woonsocket, RI 02895**<br>Referred by: M Zhang | | | | | | a,b |
| 02/14/03 | Office/outpatient visit, est (99212) | $69.00 | $0.00 | $13.80 | $13.80 | |
| Control number 20308300973908<br>**Thundermist Health Associates**<br>**383 Arnold ST.**<br>**Woonsocket, RI 02895**<br>Referred by: D Kutenplon | | | | | | a,b |
| 02/18/03 | Office/outpatient visit, est (99212) | $87.00 | $0.00 | $17.40 | $17.40 | |

## General Information (continued):

You have the right to make a request in writing for an itemized statement which details each Medicare item or service which you have received from your physician, hospital, or any other health supplier or health professional. Please contact them directly, in writing, if you would like an itemized statement.

## Appeals Information - Part B (Outpatient)

**If you disagree with any claims decision on this notice**, you can request an appeal by **August 29, 2003.** Follow the instructions below:

1) Circle the item(s) you disagree with and explain why you disagree.

2) Send this notice, or a copy, to the address in the "Customer Service Information" box on Page 1. (You may also send any additional information you may have about your appeal.)

3) Sign here ______________________________ Phone number (____)______________

300383952
Page 1 of 2

# CMS Medicare Summary Notice

July 17, 2003

PAULA YOUMAN
419 N MAIN ST
WOONSOCKET RI 02895-1133

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: 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A**

If you have questions, write or call:
Medicare Part B
444 Westminster Street
Providence, RI 02903-3279

**Toll-free: 1-800-662-5170**
TTY for hearing impaired: 1-888-239-3356

**BE INFORMED:** Do not sell your Medicare Number or Medicare Summary Notice.

This is a summary of claims processed from 07/03/2003 through 07/11/2003.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 96-03181-003-830 | | | | | | |
| **Ri Cardiovascular Group, Suite 101,** | | | | | | a,b |
| **68 Cumberland St , Woonsocket, RI 02895-3323** | | | | | | |
| Referred by: Dr. Zhang, Mengtao | | | | | | |
| Dr. Siddiq, Sajid | | | | | | |
| 03/21/03 | 1 Initial inpatient consult (99253) | $120.00 | $98.43 | $78.74 | $19.69 | |
| 03/21/03 | 1 Rhythm ECG, report (93042) | 20.00 | 8.27 | 6.62 | 1.65 | |
| | **Claim Total** | **$140.00** | **$106.70** | **$85.36** | **$21.34** | |
| Claim number 04-03167-113-020 | | | | | | |
| **Thundermist Hlth Assoc, 383 Arnold St,** | | | | | | c |
| **Woonsocket, RI 02895-2909** | | | | | | |
| Dr. Zhang, Mengtao | | | | | | |
| 03/20/03 | 1 Initial hospital care (99223) | $201.00 | $155.85 | $124.68 | $31.17 | |

**THIS IS NOT A BILL - Keep this notice for your records.**

**Your Medicare Number: 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A**



**Notes Section:**

a This is a correction to a previously processed claim and/or deductible record.

b This notice is being sent to you as a result of a reopening request.

c This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

**Deductible Information:**

You have met the Part B deductible for 2003.

**General Information:**

You have the right to make a request in writing for an itemized statement which details each Medicare item or service which you have received from your physician, hospital or any other health supplier or health professional. Please contact them directly, in writing, if you would like an itemized statement.

Compare the services you receive with those that appear on your Medicare Summary Notice. If you have questions, call your doctor or provider. If you feel further investigation is needed due to possible fraud or abuse, call the phone number in the Customer Service Information Box.

**Appeals Information - Part B**

**If you disagree with any claims decision on this notice,** you can request an appeal by **November 14, 2003.** Follow the instructions below:

1) Circle the item(s) you disagree with and explain why you disagree.

2) Send this notice, or a copy, to the address in the "Customer Service Information" box on Page 1. (You may also send any additional information you may have about your appeal.)

3) Sign here______________________________ Phone number (____)____________

CMS CENTERS for MEDICARE & MEDICAID SERVICES

# Medicare Summary Notice

August 01, 2003

THE ESTATE OF
PAULA YOUMAN
419 N MAIN ST
WOONSOCKET RI 02895-1133

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: 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A**

If you have questions, write or call:
Medicare Part A
United Government Services, LLC.
401 W. Michigan Street
Milwaukee, WI 53203-2804

**Toll Free: 1-800-531-9695**
**Puerto Rico: 1-800-531-9695**
**TTY/TTD: 1-866-879-0234**

**BE INFORMED:** Read your Medicare Summary Notice carefully for accuracy of dates, services, and amounts billed to Medicare.

This is a summary of claims processed on 06/20/2003.

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Control number 20316800473408 | | | | | | |
| **Thundermist Health Associates** | | | | | | a,b |
| **383 Arnold ST.** | | | | | | |
| **Woonsocket, RI 02895** | | | | | | |
| Referred by: Laurie A. Curry | | | | | | |
| 03/18/03 | Office/outpatient visit, est (99212) | $65.00 | $0.00 | $13.00 | $13.00 | |

**Notes Section:**

a The amount Medicare paid the provider for this claim is $80.16.

b Part B Cash deductible does not apply to these services.

**THIS IS NOT A BILL - Keep this notice for your records.**

CMS CENTERS for MEDICARE & MEDICAID SERVICES

# Medicare Summary Notice

May 01, 2003

PAULA YOUMAN
419 N MAIN ST
WOONSOCKET RI 02895-1133

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: 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A**

If you have questions, write or call:
Medicare Part A
United Government Services, LLC.
401 W. Michigan Street
Milwaukee, WI 53203-2804

**Toll Free: 1-800-531-9695**
**Puerto Rico: 1-800-531-9695**
**TTY/TTD: 1-866-879-0234**

**BE INFORMED:** Read your Medicare Summary Notice carefully for accuracy of dates, services, and amounts billed to Medicare.

This is a summary of claims processed on 03/26/2003.

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Control number 20308300996808<br>**Thundermist Health Associates**<br>**383 Arnold ST.**<br>**Woonsocket, RI 02895**<br>Referred by: D Asiedu | | | | | | a,b |
| 11/22/02 | Office/outpatient visit, est (99212) | $54.00 | $0.00 | $10.80 | $10.80 | |
| Control number 20308300985608<br>**Thundermist Health Associates**<br>**383 Arnold ST.**<br>**Woonsocket, RI 02895**<br>Referred by: M Bauer | | | | | | a,b |
| 12/18/02 | Office/outpatient visit, est (99212) | $65.00 | $0.00 | $13.00 | $13.00 | |

**THIS IS NOT A BILL - Keep this notice for your records.**

**Your Medicare Number: 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A**



## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Control number 20308300996708<br>**Thundermist Health Associates**<br>**383 Arnold ST.**<br>**Woonsocket, RI 02895**<br>Referred by: D Asiedu | | | | | | a,b |
| 12/26/02 | Office/outpatient visit, est (99212) | $88.00 | $0.00 | $17.60 | $17.60 | |
| Control number 20308300994308<br>**Thundermist Health Associates**<br>**383 Arnold ST.**<br>**Woonsocket, RI 02895**<br>Referred by: L Jones | | | | | | a,b |
| 01/16/03 | Office/outpatient visit, est (99212) | $65.00 | $0.00 | $13.00 | $13.00 | |
| Control number 20308300974108<br>**Thundermist Health Associates**<br>**383 Arnold ST.**<br>**Woonsocket, RI 02895**<br>Referred by: L Jones | | | | | | a,b |
| 02/14/03 | Office/outpatient visit, est (99212) | $65.00 | $0.00 | $13.00 | $13.00 | |
| Control number 20308300978808<br>**Thundermist Health Associates**<br>**383 Arnold ST.**<br>**Woonsocket, RI 02895**<br>Referred by: M Zhang | | | | | | a,b |
| 02/14/03 | Office/outpatient visit, est (99212) | $69.00 | $0.00 | $13.80 | $13.80 | |
| Control number 20308300973908<br>**Thundermist Health Associates**<br>**383 Arnold ST.**<br>**Woonsocket, RI 02895**<br>Referred by: D Kutenplon | | | | | | a,b |
| 02/18/03 | Office/outpatient visit, est (99212) | $87.00 | $0.00 | $17.40 | $17.40 | |

## General Information (continued):

You have the right to make a request in writing for an itemized statement which details each Medicare item or service which you have received from your physician, hospital, or any other health supplier or health professional. Please contact them directly, in writing, if you would like an itemized statement.

## Appeals Information - Part B (Outpatient)

**If you disagree with any claims decision on this notice,** you can request an appeal by **August 29, 2003.** Follow the instructions below:

1) Circle the item(s) you disagree with and explain why you disagree.

2) Send this notice, or a copy, to the address in the "Customer Service Information" box on Page 1. (You may also send any additional information you may have about your appeal.)

3) Sign here ______________________________ Phone number (____)______________

300383952
Page 1 of 2

# CMS Medicare Summary Notice

July 17, 2003

PAULA YOUMAN
419 N MAIN ST
WOONSOCKET RI 02895-1133

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: 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A**

If you have questions, write or call:
Medicare Part B
444 Westminster Street
Providence, RI 02903-3279

**Toll-free: 1-800-662-5170**
TTY for hearing impaired: 1-888-239-3356

**BE INFORMED:** Do not sell your Medicare Number or Medicare Summary Notice.

This is a summary of claims processed from 07/03/2003 through 07/11/2003.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 96-03181-003-830 | | | | | | |
| **Ri Cardiovascular Group, Suite 101, 68 Cumberland St , Woonsocket, RI 02895-3323** | | | | | | a,b |
| Referred by: Dr. Zhang, Mengtao | | | | | | |
| Dr. Siddiq, Sajid | | | | | | |
| 03/21/03 | 1 Initial inpatient consult (99253) | $120.00 | $98.43 | $78.74 | $19.69 | |
| 03/21/03 | 1 Rhythm ECG, report (93042) | 20.00 | 8.27 | 6.62 | 1.65 | |
| | **Claim Total** | **$140.00** | **$106.70** | **$85.36** | **$21.34** | |
| Claim number 04-03167-113-020 | | | | | | |
| **Thundermist Hlth Assoc, 383 Arnold St, Woonsocket, RI 02895-2909** | | | | | | c |
| Dr. Zhang, Mengtao | | | | | | |
| 03/20/03 | 1 Initial hospital care (99223) | $201.00 | $155.85 | $124.68 | $31.17 | |

**THIS IS NOT A BILL - Keep this notice for your records.**

**Notes Section:**

a This is a correction to a previously processed claim and/or deductible record.

b This notice is being sent to you as a result of a reopening request.

c This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

**Deductible Information:**

You have met the Part B deductible for 2003.

**General Information:**

You have the right to make a request in writing for an itemized statement which details each Medicare item or service which you have received from your physician, hospital or any other health supplier or health professional. Please contact them directly, in writing, if you would like an itemized statement.

Compare the services you receive with those that appear on your Medicare Summary Notice. If you have questions, call your doctor or provider. If you feel further investigation is needed due to possible fraud or abuse, call the phone number in the Customer Service Information Box.

**Appeals Information - Part B**

**If you disagree with any claims decision on this notice,** you can request an appeal by **November 14, 2003.** Follow the instructions below:

1) Circle the item(s) you disagree with and explain why you disagree.

2) Send this notice, or a copy, to the address in the "Customer Service Information" box on Page 1. (You may also send any additional information you may have about your appeal.)

3) Sign here________________________________ Phone number (____)______________