CERTIFICATE OF SERVICE

I, Charlotte E. Glinka, of the law firm of Keches & Mallen, P.C., counsel for the plaintiff, hereby certify that on this 11th day of June, 2007, I served: **Plaintiff's Opposition to Defendant's Motion to Compel Production of Documents and Plaintiff's Request for Sanctions,** by forwarding copies of same by electronic mail, to the following:

Robert Corrente, AUSA
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Jeffrey M. Padwa, Esq.
Padwa Law
303 Jefferson Boulevard
Warwick, RI 02888

/s/ Charlotte E. Glinka

CertSvc5-Depos