UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SCOTT E. YOUMAN, SR., Individually and as Administrator of the Estate of PAULA J. YOUMAN and WILLIAM P. YOUMAN

Plaintiff

V. C.A. NO. 05-535T

UNITED STATES OF AMERICA

Defendant

**UNITED STATES' REPLY TO PLAINTIFF'S OBJECTION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Defendant United States of America submits this brief reply to Plaintiff's objection in order to clarify one point.

As Plaintiff notes, he did file a response in April 2007 to the Request for Production, but the response was almost entirely lacking in substance. As noted in the Motion, beyond some medical records and a Medicare billing printout, Plaintiff produced virtually nothing. Under the Rhode Island wrongful death statute, materials such as employment records, tax returns, and unemployment applications are centrally relevant. Plaintiff's reply, that he has not obtained the materials, is hardly an excuse. The request was made roughly nine months ago. Moreover, it was accompanied by

authorization forms so that Defendant could obtain the records directly, but Plaintiff did not sign the forms.

ROBERT CLARK CORRENTE,
United States Attorney

/s/ Robert Clark Corrente
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5002 (fax)
Email: robert.corrente@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 15th day of June, 2007, I electronically filed the within United States' Reply to Plaintiff's Objection to Motion to Compel Production of Documents with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

The following participants have received notice electronically:

Charlotte Glinka, Esq.
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780

Jeffrey M. Padwa, Esq.
303 Jefferson Blvd.
Warwick, RI 02888

/s/ Robert Clark Corrente
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5002 (fax)
Email: robert.corrente@usdoj.gov