UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT E. YOUMAN, SR., Individually and as Administrator of the Estate of PAULA J. YOUMAN and WILLIAM P. YOUMAN | : | |
| Plaintiff | : | |
| V. | : | C.A. NO. 05-535T |
| UNITED STATES OF AMERICA | : | |
| Defendant | : | |

**NOTICE TO TAKE DEPOSITION OF PLAINTIFF SCOTT E. YOUMAN, SR.**

Defendant United States of America will take the deposition of Plaintiff Scott E. Youman, Sr., Individually and as Administrator of the Estate of Paula J. Youman and William P. Youman, on **July 10, 2007, at 10:00 A.M.**, at the United States Attorney's Office, 50 Kennedy Plaza - 8th Floor, Providence, RI 02903, before an official United States Court Reporter or before some other person authorized by law to take depositions.

ROBERT CLARK CORRENTE,
United States Attorney

/s/ Robert Clark Corrente
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5002 (fax)
Email: robert.corrente@usdoj.gov

**CERTIFICATION**

I certify that on the 25th day of June, 2007, I electronically filed this document (Notice to Take the Deposition of Plaintiff Scott E. Youman) with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

The following participants have received notice electronically:

Charlotte Glinka, Esq.
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780

Jeffrey M. Padwa, Esq.
303 Jefferson Blvd.
Warwick, RI 02888

/s/ Robert Clark Corrente
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5002 (fax)
Email: robert.corrente@usdoj.gov