UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT E. YOUMAN, Sr., Individually and as Administrator of the Estates of PAULA J. YOUMAN and WILLIAM P. YOUMAN<br>Plaintiff | ) | |
| | ) | C.A. NO. 05-535T |
| v. | ) | |
| UNITED STATES OF AMERICA,<br>Defendant | ) | |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

The parties hereby respectfully request an extension of the discovery deadline for a period of ninety (90) days, from July 15, 2007 to October 15, 2007. As grounds therefor, the parties state:

1. This is a medical malpractice and wrongful death case arising from care and treatment provided to the decedent, Paula Youman, in March, 2003.

2. Suit was filed in late December, 2005, but a Scheduling Conference was not convened until October 24, 2006.

3. Shortly after the Scheduling Conference, counsel for the defendant and counsel for the plaintiff filed Notices of Withdrawal and new counsel for both parties entered their appearances.

4. Although the parties have accomplished some discovery in the case, there is additional discovery remaining to be done, including expert depositions.

5. Furthermore, at a hearing on June 26, 2007, Magistrate Judge Martin ordered the plaintiff, within seven (7) days therefrom, to produce signed authorizations which will allow the defendant to obtain the decedent's tax, employment and disability records.

6. Magistrate Judge Martin has further ordered the plaintiff to produce additional documentary evidence to the defense by August 1, 2007.

7. The disclosure and receipt of these additional materials will require additional review and evaluation by both parties.

8. The remaining discovery in the case is essential to the full and fair litigation of this matter and the preparation of the case for trial.

WHEREFORE, the parties respectfully request an extension of the discovery deadline for a period of 90 days through October 15, 2007.

Respectfully submitted,

The plaintiff, Scott E. Youman, Sr.,
By his Attorneys,

KECHES & MALLEN, P.C.

/s/ Charlotte E. Glinka
CHARLOTTE E. GLINKA
122 Dean Street
Taunton, MA 02780
(508) 822-2000

PADWA LAW

/s/ Jeffrey M. Padwa
JEFFREY M. PADWA - RI #5130
303 Jefferson Blvd.
Warwick, RI 02888
(401) 921-4800

The defendant,
By its Attorneys,

UNITED STATES ATTORNEY

/s/ Robert C. Corrente
ROBERT C. CORRENTE
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

DATED: June 27, 2007
JtMot-ExtDisc

CERTIFICATE OF SERVICE

I, Charlotte E. Glinka, of the law firm of Keches & Mallen, P.C., counsel for the plaintiff, hereby certify that on this 27th day of June, 2007, I served: **Joint Motion to Extend Discovery Deadline,** by forwarding copies of same by electronic mail, to the following:

Robert Corrente, AUSA
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Jeffrey M. Padwa, Esq.
Padwa Law
303 Jefferson Boulevard
Warwick, RI 02888

/s/ Charlotte E. Glinka

JtMot-ExtDisc