UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT E. YOUMAN, SR., Individually and as Administrator of the Estate of PAULA J. YOUMAN and WILLIAM P. YOUMAN | : | |
| Plaintiff | : | |
| V. | : | C.A. NO. 05-535T |
| UNITED STATES OF AMERICA | : | |
| Defendant | : | |

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PRODUCTION**

This matter was heard by Magistrate Judge Martin on June 26, 2007 on the Defendant United States' Motion to Compel Production of Documents, and Plaintiff Scott E. Youman's objection to the motion. After hearing and consideration, it is hereby

ORDERED

that the United States' Motion to Compel Production of Documents is GRANTED, as follows:

1. Not later than August 1, 2007, Plaintiff Scott E. Youman shall produce those documents and materials responsive to Requests 5, 7, 8, 9, 10 – 13, 15, 17, 18, and 19.
2. If any documents or materials are withheld on the basis of any claim of privilege, Plaintiff shall provide a privilege log which

identifies those documents or materials and specifies the claimed privilege, in accordance with FRCP 26(b)(5).

3. In addition, not later than July 3, 2007, Plaintiff shall execute and return to counsel for the Defendant the authorizations to obtain the requested employment, tax, and social security/disability records, which authorizations were appended to the Request for Production. In the event that Plaintiff claims that he is unable to obtain any other requested materials, Plaintiff shall provide counsel for the Defendant with a similar executed authorization to obtain such materials directly.

BY ORDER:

Martha Saucol

Clerk of the Court

ENTER:

David L. Martin

Magistrate Judge David L. Martin

Dated: 6-28-07