**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SCOTT F. YOUMAN, Sr., Individually and as Administrator of the Estates of PAULA J. YOUMAN and WILLIAM P. YOUMAN, Plaintiff,** | ) | |
| **v.** | ) | **C.A. NO. CA 05-535T** |
| **UNITED STATES OF AMERICA, Defendant.** | ) | |

**JOINT MOTION TO CONTINUE THE PRETRIAL MEMORANDA DEADLINE AND TRIAL DATE**

The United States and Plaintiff Scott Youman, Sr. hereby move the Court to continue the deadline for filing pretrial memoranda and the date for trial. In support thereof, the parties aver the following:

1. On November 14, 2007, the Court issued the Pretrial Order in this case setting December 21, 2007, as the deadline for filing pretrial memoranda.

2. Paragraph 7 of the Court's Pretrial Order states that the case shall be in order for trial at any time after the date fixed for filing pretrial memoranda.

3. Thus, the parties recognize that the case could be deemed ready for trial at the beginning of January.

4. The parties request a continuation of the date for trial for three reasons. First, counsel for the United States is scheduled to be out of the country for two weeks commencing December 23, 2007, and will not be returning until January 9, 2008.

5. Second, at present, the parties anticipate that trial in this case will include the testimony of seven expert witnesses. Continuing the trial deadline will assist the parties in

ensuring their experts' availability for trial by allowing sufficient notice of the possible trial date.

6. Third and perhaps most important, the parties request a continuation of the trial date in order to pursue settlement of the case before Magistrate Judge Lovegreen. On May 3, 2007, the parties appeared before Magistrate Lovegreen for a settlement conference. At the time, few depositions had been conducted and the parties agreed that settlement discussions were premature. Presently, the Court has referred this case to Magistrate Judge Lovegreen for a settlement conference on January 22, 2008.

7. In determining the date for trial, counsel for the Plaintiff respectfully informs the Court that her co-counsel, Ann Marie Maguire, is scheduled to be out of the office due to family commitments for two weeks in March.

Wherefore, the parties respectfully request a continuation of the deadline for filing pretrial memoranda and the date for trial in this case.

FOR DEFENDANT:
United States of America,

Date: December 12, 2007

/s/ Dulce Donovan
ROBERT CLARK CORRENTE
United States Attorney
DULCE DONOVAN
Assistant United States Attorney
Chief, Civil Division

FOR PLAINTIFF:

Date: December 12, 2007

/s/ Charlotte E. Glinka
CHARLOTTE E. GLINKA
ANN MARIE MAGUIRE
Keches & Mallen, P.C.