**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SCOTT F. YOUMAN, SR.,
PLAINTIFF

v. C.A. No. 05-535T

UNITED STATES OF AMERICA,
DEFENDANT

**ORDER GRANTING MOTION TO EXTEND DEADLINES**

It is hereby ordered that the parties will submit Pretrial Memorandum in accordance with the November 14th, 2007 Pretrial Order issued by this Court, on or before February 8th, 2008, if no settlement is reached in the matter prior to that date.

By Order:

Deputy Clerk

ENTER:

Senior U.S. District Judge
Ernest C. Torres
date: 12\18\07