**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SCOTT F. YOUMAN, Sr., Individually and as Administrator of the Estates of PAULA J. YOUMAN and WILLIAM P. YOUMAN, Plaintiff,** | ) | |
| **v.** | ) | **C.A. NO. CA 05-535T** |
| **UNITED STATES OF AMERICA, Defendant.** | ) | |

**SECOND MOTION TO CONTINUE THE PRETRIAL MEMORANDA DEADLINE**

The United States hereby moves the Court to continue the deadline for filing pretrial memoranda by one week. In support thereof, the United States avers the following:

1. On November 14, 2007, the Court issued the Pretrial Order in this case setting December 21, 2007, as the deadline for filing pretrial memoranda.

2. On December 12, 2007, the parties jointly moved the Court to extend the deadline for filing pretrial memoranda in part in order to pursue settlement negotiations. Currently, pretrial memoranda are due February 8, 2008.

3. During the week of February 4, 2008, counsel for the United States was unexpectedly called upon to attend to an emergency filing in Rhode Island Superior Court and will be unable to complete the United States' pretrial memorandum by February 8, 2008. Thus, the United States is requesting a one-week extension of the deadline for filing the pretrial memoranda.

4. Undersigned counsel certifies that Plaintiffs' counsel, Charlotte Glinka, does not object to the United States' motion. In light of the United States' request, although Plaintiffs do

not need another week to prepare their pretrial memorandum, they respectfully request that the deadline for filing their pretrial memorandum be similarly extended.

Wherefore, the United States respectfully requests a one-week extension of the deadline for filing pretrial memoranda.

FOR DEFENDANT:
United States of America,

Date: February 8, 2008

/s/ Dulce Donovan

ROBERT CLARK CORRENTE
United States Attorney
DULCE DONOVAN
Assistant United States Attorney
Chief, Civil Division
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: dulce.donovan@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 8th day of February, 2008, I electronically filed the within Second Motion to Continue the Pretrial Memoranda Deadline, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participants have received notice electronically:

Charlotte Glinka, Esq.
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780

Jeffrey M. Padwa, Esq.
303 Jefferson Blvd.
Warwick, RI 02888

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: dulce.donovan@usdoj.gov