CERTIFICATE OF SERVICE

I, Charlotte E. Glinka, of the law firm of Keches & Mallen, P.C., counsel for the plaintiff, hereby certify that on this 8th day of February, 2008, I served: **Plaintiff's Pre-Trial Memorandum,** by forwarding a copy of same to:

Robert C. Corrente, U.S. Attorney
Dulce Donovan, Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Jeffrey M. Padwa, Esq.
Padwa Law
303 Jefferson Boulevard
Warwick, RI 02888

/s/ Charlotte E. Glinka
CHARLOTTE E. GLINKA

CertSvc11-PTM