**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **SCOTT F. YOUMAN, Sr., Individually and as Administrator of the Estates of PAULA J. YOUMAN and WILLIAM P. YOUMAN, Plaintiff,** | ) |
| | ) **C.A. NO. CA 05-535T** |
| **v.** | ) |
| **UNITED STATES OF AMERICA, Defendant.** | ) |

**APPENDIX OF AUTHORITIES**
**IN SUPPORT OF DEFENDANT'S PRE-TRIAL MEMORANDUM**

| No. | Statutes and Cases |
|---|---|
| 1. | United States Code, Civil Actions or Proceedings Against Commissioned Officers or Employees, 42 U.S.C. § 233(g)-(n). |
| 2. | United States Code, United States as Defendant, 28 U.S.C. §§ 1346(b). |
| 3. | United States Code, Time for Commencing Action Against United States, 28 U.S.C. §2401. |
| 4. | United States Code, Tort Claims Procedure, 28 U.S.C. §2671-2680. |
| 5. | United States Code, Jury Trial in Actions Against United States, 28 U.S.C. § 2402. |
| 6. | General Laws of Rhode Island, Courts and Civil Procedure–Procedure Generally Decisions, Special Findings and Assessment of Damages, Comparative Negligence, Rhode Island General Laws § 9-20-4. |
| 7. | General Laws of Rhode Island, Courts and Civil Procedure–Procedure in Particular Actions, Death by Wrongful Act, Pecuniary Damages–How Determined, Rhode Island General Laws § 10-7-1.1 |
| 8. | United States v. Orleans, 425 U.S. 807, 814 (1976). |
| 9. | Soto v. United States, 11 F.3d 15, 17 (1st Cir. 1993). |
| 10. | Schenck v. Roger Williams General Hospital, 382 A.2d 514, 516-17 (R.I. 1977). |
| 11. | Wilinkson v. Vesey, 295 A.2d 676 (R.I. 1972). |

| No. | Statutes and Cases |
|---|---|
| 12. | Young v. Park, 417 A.2d 889, 893 (R.I. 1980). |
| 13. | Coleman v. McCarthy, 165 A. 900, 902 (R.I. 1933). |
| 14. | DiFranco v. Klein, 657 A.2d 145, 148 (R.I. 1995). |
| 15. | Beauvais v. Notre Dame Hospital, 387 A.2d 689, 691 (R.I. 1978). |
| 16. | Kenny v. Wepman, 753 A.2d 924, 926 (R.I. 2000). |
| 17. | Flanagan v. Wesselhoeft, 712 A.2d 365, 371 (R.I. 1998). |
| 18. | Williams v. United States, 435 F.2d 804, 805-06 (1st Cir. 1970). |
| 19. | Dimitri v. Peter Cienci & Son, 103 A. 1029 (R.I. 1918). |
| 20. | Romano v. Duke, 2d 304 A. 47, 51 (R.I. 1973). |
| 21. | Hatch v. Burke, 1980 WL 336030 (R.I. Super. Feb. 5, 1980). |