Westlaw.


C

**Effective: November 13, 2000**

United States Code Annotated Currentness
Title 28. Judiciary and Judicial Procedure (Refs & Annos)
Part VI. Particular Proceedings
Chapter 171. Tort Claims Procedure (Refs & Annos)
→ **§ 2671. Definitions**

As used in this chapter and sections 1346(b) and 2401(b) of this title, the term "Federal agency" includes the executive departments, the judicial and legislative branches, the military departments, independent establishments of the United States, and corporations primarily acting as instrumentalities or agencies of the United States, but does not include any contractor with the United States.

"Employee of the government" includes (1) officers or employees of any federal agency, members of the military or naval forces of the United States, members of the National Guard while engaged in training or duty under section 115, 316, 502, 503, 504, or 505 of title 32, and persons acting on behalf of a federal agency in an official capacity, temporarily or permanently in the service of the United States, whether with or without compensation, and (2) any officer or employee of a Federal public defender organization, except when such officer or employee performs professional services in the course of providing representation under section 3006A of title 18.

"Acting within the scope of his office or employment", in the case of a member of the military or naval forces of the United States or a member of the National Guard as defined in section 101(3) of title 32, means acting in line of duty.

CREDIT(S)

(June 25, 1948, c. 646, 62 Stat. 982; May 24, 1949, c. 139, § 124, 63 Stat. 106; July 18, 1966, Pub.L. 89-506, § 8, 80 Stat. 307; Dec. 29, 1981, Pub.L. 97-124, § 1, 95 Stat. 1666; Nov. 18, 1988, Pub.L. 100-694, § 3, 102 Stat. 4564; Oct. 30, 2000, Pub.L. 106-398, § 1 [Div. A, Title VI, § 665(b)], 114 Stat. 1654, 1654A-169; Nov. 13, 2000, Pub.L. 106-518, Title IV, § 401, 114 Stat. 2421.)

2000 Acts. Pub.L. 106-398, § 1 [Div. A, Title VI, § 665(c)(2)], Oct. 30, 2000, 114 Stat. 1654, 1654A-169, provided that: "The amendment made by subsection (b) [amending this section] shall apply with respect to acts and omissions occurring before, on, or after the date of the enactment of this Act [Oct. 30, 2000]."

Current through P.L. 110-180 (excluding P.L. 110-161) approved 1-8-08

Copr. (C) 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works
END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.