C

**Effective: October 1, 1997**

United States Code Annotated Currentness
Title 28. Judiciary and Judicial Procedure (Refs & Annos)
Part VI. Particular Proceedings
Chapter 161. United States as Party Generally (Refs & Annos)
➡ **§ 2402. Jury trial in actions against United States**

Subject to chapter 179 of this title, any action against the United States under section 1346 shall be tried by the court without a jury, except that any action against the United States under section 1346(a)(1) shall, at the request of either party to such action, be tried by the court with a jury.

CREDIT(S)

(June 25, 1948, c. 646, 62 Stat. 971; July 30, 1954, c. 648, § 2(a), 68 Stat. 589; Oct. 26, 1996, Pub.L. 104-331, § 3(b)(3), 110 Stat. 4069.)

Current through P.L. 110-180 (excluding P.L. 110-161) approved 1-8-08

Copr. (C) 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works
END OF DOCUMENT