C

*WEST'S* GENERAL LAWS OF RHODE ISLAND ANNOTATED
TITLE 9. COURTS AND CIVIL PROCEDURE--PROCEDURE GENERALLY
CHAPTER 20. DECISIONS, SPECIAL FINDINGS AND ASSESSMENT OF DAMAGES

**→§ 9-20-4. Comparative negligence**

In all actions hereafter brought for personal injuries, or where personal injuries have resulted in death, or for injury to property, the fact that the person injured, or the owner of the property or person having control over the property, may not have been in the exercise of due care shall not bar a recovery, but damages shall be diminished by the finder of fact in proportion to the amount of negligence attributable to the person injured, or the owner of the property or the person having control over the property.

Current with all 2007 legislation

Copr. © 2008 Thomson/West.

END OF DOCUMENT