*WEST'S* GENERAL LAWS OF RHODE ISLAND ANNOTATED
TITLE 10. COURTS AND CIVIL PROCEDURE--PROCEDURE IN PARTICULAR ACTIONS
CHAPTER 7. DEATH BY WRONGFUL ACT

**§ 10-7-1.1. Pecuniary damages--How determined**

Pecuniary damages to the beneficiaries described under § 10-7-2 and recoverable by the beneficiaries shall be ascertained as follows:

(1) Determine the gross amount of the decedent's prospective income or earnings over the remainder of his or her life expectancy, including all estimated income he or she would probably have earned by his or her own exertions, both physical and mental. Pecuniary damages shall include the value of homemaker services lost as a result of the death of a homemaker. The fair value of homemaker services shall not be limited to moneys actually expended to replace the services usually provided by the homemaker. In such a suit, the value of homemaker services may be shown by expert testimony, but expert testimony is not required.

(2) Deduct from the amount determined in subdivision (1) the estimated personal expenses that the decedent would probably have incurred for himself or herself, exclusive of any of his dependents, over the course of his or her life expectancy.

(3) Reduce the remainder thus ascertained to its present value as of the date of the award. In determining the award, evidence shall be admissible concerning economic trends, including but not limited to projected purchasing power of money, inflation, and projected increase or decrease in the costs of living.

Current with all 2007 legislation

Copr. © 2008 Thomson/West.

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.