UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT E. YOUMAN, Sr., Individually and as Administrator of the Estates of PAULA J. YOUMAN and WILLIAM P. YOUMAN<br>Plaintiff | ) | |
| v. | ) | C.A. NO. 05-535T |
| UNITED STATES OF AMERICA,<br>Defendant | ) | |

**ASSENTED TO MOTION TO AMEND COMPLAINT**

The plaintiff hereby moves, pursuant to Fed. R. Civ. P. 15, to amend the Complaint in this matter to add Scott Youman, Jr., and Richard Youman as minor plaintiffs. (*See* plaintiff's proposed Amended Complaint, attached hereto at Exhibit 1). As grounds therefor, the plaintiff states that Scott Youman, Jr., and Richard Youman were the sons of the decedent, Paula Youman and the brothers of the decedent, William Youman and, as such, have claims for the loss of consortium they have suffered and will continue to suffer as the result of their mother's and their brother's injuries and premature death. No party will be prejudiced by allowance of this motion as the defendant has assented. Indeed, in light of the potential that this case may be settled, the parties seeks to add these consortium claims to ensure the extinguishment of any and all claims arising from the events that form the basis of this Complaint.

WHEREFORE, in the interests of justice, the plaintiff hereby requests that this Motion to Amend the Complaint be ALLOWED, and that the plaintiff be allowed to serve the Amended Complaint on the defendant forthwith.

Respectfully submitted,

The plaintiff, Scott E. Youman, Sr.,
By his Attorneys,

KECHES & MALLEN, P.C.

/s/ Charlotte E. Glinka
CHARLOTTE E. GLINKA
122 Dean Street
Taunton, MA 02780
(508) 822-2000

and

/s/ Jeffrey W. Padwa
Padwa Law
303 Jefferson Blvd.
Warwick, RI 02888
(401) 921-4800

Assented to:

The defendant, United States of America,
By its Attorneys,

UNITED STATES ATTORNEY'S OFFICE

/s/ Robert C. Corrente
ROBERT C. CORRENTE
DULCE DONOVAN
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

DATED: May 12, 2008
Mot-AmendComplaint