UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT E. YOUMAN, Sr., Individually and as Administrator of the Estates of PAULA J. YOUMAN and WILLIAM P. YOUMAN<br>Plaintiff | ) | |
| v. | ) | C.A. NO. 05-535T |
| UNITED STATES OF AMERICA,<br>Defendant | ) | |

**PLAINTIFF'S WITHDRAWAL OF ASSENTED-TO MOTION TO AMEND COMPLAINT**

The plaintiff hereby moves, pursuant to Fed. R. Civ. P. 15, to withdraw its Assented-To Motion to Amend Complaint in this matter. (*See* Assented-To Motion to Amended Complaint, attached hereto at Exhibit 1). As grounds therefor, the plaintiff states that the filing of this motion was done inadvertently due to a clerical mistake.

WHEREFORE, in the interests of justice, the plaintiff hereby requests that the Motion to Amend the Complaint be WITHDRAWN forthwith.

Respectfully submitted,

The plaintiff, Scott E. Youman, Sr.,
By his Attorneys,

KECHES & MALLEN, P.C.

/s/ Charlotte E. Glinka
CHARLOTTE E. GLINKA
122 Dean Street
Taunton, MA 02780
(508) 822-2000

DATED: May 12, 2008
Withdraw-MotAmdCmplt