IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF RHODE ISLAND

SCOTT E. YOUMAN, Sr., Individually, and)
as Administrator of the Estates of )
PAULA J. YOUMAN and WILLIAM P. )
YOUMAN, )
                 Plaintiff )
                          )
         v. )     C.A. NO.: 05 - 535T
                          )
UNITED STATES OF AMERICA, )
                 Defendant )

## ORDER APPROVING PETITION FOR ASSENT
## TO COMPROMISE AND SETTLE CLAIMS

       This cause came on to be heard before Justice Torres on _____, 2008, pursuant to the Report of the Guardian ad Litem and for approval of a proposed settlement between the Plaintiff, Scott E. Youman, Sr., the father and natural guardian of Scott Youman, Jr. and Richard Youman, and Defendants and after hearing hereon, it is hereby:

## ORDERED, ADJUDGED AND DECREED

       1.     That the Report of the Guardian ad Litem, Richard A. Boren, for and on behalf of Scott Youman, Jr. and Richard Youman, minors, is hereby approved and adopted by this Honorable Court.

       2.     The release in the form attached to the Petition for Assent to Compromise and Settle Claim is approved and Richard A. Boren is authorized to execute said Stipulation for Compromise Settlement and for Release of Federal Tort Claims Act Claims.

       3.     This Order extinguishes any and all claims of whatever nature that Scott Youman Jr., and Richard Youman could have brought against the United States of America and said claims are hereby waived and released.

       4.     In accordance with the Report of the Guardian ad Litem, the proceeds shall be distributed for and on behalf of Scott Youman, Jr. and Richard Youman as set forth therein.

       5.     The Guardian ad Litem, Richard A. Boren, is hereby discharged from his obligations and duties in relation to the above matter.

ENTERED as an Order of this Court on the _____ day of _____ 2008.

SO ORDERED:

_____ J

Entered:

_____
Clerk

Date _____

--

AS PRESENTED BY:    /s/ Charlotte E. Glinka
Charlotte E. Glinka, Esq.
Keches & Mallen, P.C.
122 Dean Street
Taunton, MA 02780
(508) 822-2000

--